**Order entered June 9, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00529-CV

**ENVISION RADIOLOGY TEXAS LP AND HEALTH IMAGING PARTNERS, LLC D/B/A ENVISION IMAGING OF ALLEN, Appellants**

**V.**

**SANDRA TRADER, Appellee**

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-01239-2019

### ORDER

Before the Court is appellee's June 8, 2021 unopposed motion for a thirty-day extension of time to file her brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than July 12, 2021.

/s/      KEN MOLBERG
         JUSTICE